(No. 74-CC-38—Claimant )

WRIGHT'S MOVING, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed February 20, 1974.*

WRIGHT'S MOVING, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-40—Claimant )

DESAULNIERS AND COMPANY, Claimant, *vs.* STATE OF ILLINOIS, PUBLIC EMPLOYEES PENSION LAWS COMMISSION, Respondent.

*Opinion filed February 20, 1974.*

DESAULNIERS AND COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.